UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Misc. No. |
| ) | |
| v. ) | (Related to Criminal No. 19-331) |
| ) | |
| ) | |
| SUE O'NEILL, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| FIDELITY INVESTMENTS, ) | |
| and its successors and assigns, ) | ELECTRONICALLY FILED |
| ) | |
| Garnishee. ) | |

**APPLICATION FOR WRIT OF GARNISHMENT**

The United States of America, Plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1) to the United States District Court to direct the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment ("Judgment"), entered on September 10, 2020, against the Defendant in the above-cited action, Sue O'Neill, Social Security Number    -  -0393, whose last known address is FPC Alderson, Register No. 39767-068,                  , Alderson, WV 24910.

The total balance due on the Judgment as of December 21, 2021, is $7,395,813.39.

Not less than 30 days have elapsed since the demand on the debtor for payment of the debt was made and the judgment debtor has not paid the amount due.

The United States believes that the Garnishee owes or will owe money or property to the Defendant or is in possession of property of the Defendant, including but not limited to: funds

held in Marco Contractors, Inc. 401(k) Plan account.  The United States also believes the Defendant holds a non-exempt interest in this property.

The name and address of the Garnishee is Fidelity Investments, 100 Crosby Parkway, Mailzone KC1F, Covington, KY 41015.

        Respectfully submitted,

        CINDY K. CHUNG
        United States Attorney

*/s/ David Lew*
DAVID LEW
Assistant U.S. Attorney
Counsel for Plaintiff
Joseph F. Weis, Jr., Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
(412) 894-7514
(412) 644-5870- fax
David.lew@usdoj.gov
PA ID No. 320338 (ss)